NOTICE
819566

NO. 65134-B

THE STATE OF TEXAS                              IN THE 412th DISTRICT COURT

VS.                                             OF

FILED IN
14th COURT OF APPEALS
HOUSTON, TEXAS
2/25/2015 2:40:54 PM
CHRISTOPHER A. PRINE
Clerk

PERCY BENJAMIN SMITH                            BRAZORIA COUNTY, TEXAS

NOTICE OF ASSIGNMENT ON APPEAL

ON THE 5TH day of FEBRUARY, 2015, the defendant in the above styled and numbered cause excepted to the order of the Court in said cause and gave Notice of Appeal to the Court of Appeals, FOURTEENTH Judicial District.

Date of Judgment or Other Order Appealed From: 1/23/15

Date of Sentencing: 10/5/11

Name of Trial Court Judge: W. EDWIN DENMAN

Name of Court Reporter: JILL FRIEDRICHS

Name and Address of Defense Attorney on Appeal:
PERCY BENJAMIN SMITH, PRO SE, #1745775
HUNTSVILLE UNIT
815 12TH STREET
HUNTSVILLE, TEXAS 77348

Name and Address of Attorney for the State on Appeal:
Jeri Yenne, District Attorney
Brazoria County Courthouse
111 East Locust, Suite 408-A
Angleton, TX 77515

Defendant Incarcerated?          YES

Motion for New Trial Filed?   N/A

Appeal Bond:  N/A    Date  N/A

Offense and Punishment:  ROBBERY; TWENTY FIVE (25) YEARS - TDCJ-ID

RHONDA BARCHAK, District Clerk

By /S/ KATHLEEN MCDOUGALD
Deputy